UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY D. RASMUSSEN,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendants. | NO. CV-10-435-EFS<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

By Stipulation filed June 27, 2012, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. ECF No. 17.

Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal, ECF No. 17, is **GRANTED.** The above-titled cause of action is **DISMISSED with prejudice** and without fees or costs to either party.

2. This file shall be **CLOSED.**

3. All pending motions are **DENIED** as moot and all hearings are **STRICKEN.**

///
//
/

ORDER * 1

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
2  this Order and provide copies to counsel.
3     **DATED** this   2nd   day of July 2012.

4

5                                  S/ Edward F. Shea
                                   EDWARD F. SHEA
6                          Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Q:\Civil\2010\435.stip.dismiss.lc2.wpd